■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WARREN WEEKS, Appellant. [708 NYS2d 687] —Judgment unanimously affirmed. Memorandum: Although a constitutional speedy trial claim is not waived by a guilty plea (*see, People v Callahan,* 80 NY2d 273, 282), defendant moved to dismiss the indictment on statutory speedy trial grounds only (*see,* CPL 30.30) and thus failed to preserve for our review his present contention that he was denied his constitutional right to a speedy trial (*see, People v Lieberman,* 47 NY2d 931, 932; *People v James,* 188 AD2d 296). In any event, "review of the constitutional issue is precluded by the lack of an adequate record which it was defendant's burden to provide" (*People v James, supra; see, People v Larry,* 178 AD2d 282, 283, *lv denied* 79 NY2d 1003). (Appeal from Judgment of Onondaga County Court, Burke, J.—Criminal Possession Controlled Substance, 5th Degree.) Present—Green, J. P., Hayes, Wisner and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FELIX MELENDEZ, Appellant. [708 NYS2d 653] —Judgment unanimously affirmed (*see, People v Jordan,* 62 NY2d 825, 826). (Appeal from Judgment of Cayuga County Court, Corning, J.—Criminal Sale Controlled Substance, 5th Degree.) Present—Green, J. P., Hayes, Wisner and Hurlbutt, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD C. DRINKWALTER, JR., Appellant. [708 NYS2d 653] —Judgment unanimously affirmed (*see, People v Hidalgo,* 91 NY2d 733). (Appeal from Judgment of Niagara County Court, Fricano, J.—Assault, 1st Degree.) Present—Green, J. P., Hayes, Wisner and Hurlbutt, JJ.